UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. HUNT,<br><br>　　　　Plaintiff,<br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | CIVIL ACTION NO. 03-30303 KPN |

## NOTICE OF APPEARANCE

Kindly enter the appearance of James H. Rotondo, on behalf of the Defendant, Aetna Life Insurance Company, in connection with the above-captioned action.

Respectfully submitted,
**AETNA LIFE INSURANCE COMPANY**

By its attorneys,

_____
James H. Rotondo (BBO # 645651)
DAY, BERRY & HOWARD LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100

Dated: January 6, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this **6th** day of **January, 2004**, I served a true and correct copy of the foregoing via first class mail, postage prepaid, upon Plaintiff's counsel, Keith A. Minoff, Esq., Robinson Donovan, P.C., 1500 Main Street, Springfield, MA 01115.

_____
James H. Rotondo