UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. HUNT, ) | CIVIL ACTION NO. 03-30303 KPN |
| Plaintiff, ) | |
| v. ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| Defendant. ) | |

### MOTION FOR ENLARGEMENT OF TIME

The Defendant, Aetna Life Insurance Company, respectfully moves this Court for an enlargement of time in which to answer plaintiff's complaint until and including Thursday, March 4, 2004. In accordance with Local Rules 7-1 of the United States District Court for the District of Massachusetts, the undersigned has conferred with plaintiff's counsel, Keith A. Minoff, who has agreed to this enlargement of time. This is the first enlargement of time sought by this defendant.

Respectfully submitted,
**AETNA LIFE INSURANCE COMPANY**

By its attorneys,

_____
James H. Rotondo (BBO # 645651)
DAY, BERRY & HOWARD LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100

Dated: February 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this **12th** day of **February, 2004**, I served a true and correct copy of the foregoing via first class mail, postage prepaid, upon Plaintiff's counsel, Keith A. Minoff, Esq., Robinson Donovan, P.C., 1500 Main Street, Springfield, MA 01115.

_____
James H. Rotondo