UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. HUNT, | CIVIL ACTION NO. 03-30303 KPN |
| Plaintiff, | |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure Plaintiff, David A. Hunt, stipulates to the dismissal with prejudice of all of Plaintiff's claims and causes of action asserted in this lawsuit, and in support would show that Plaintiff no longer wishes to pursue this matter against the Defendant, Aetna Life Insurance Company. Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action asserted in this lawsuit.

WHEREFORE, Plaintiff prays that its claims asserted in this suit be dismissed with prejudice, and that each party bears its own attorneys' fees and costs of court.

Respectfully submitted,
**DAVID A. HUNT**

By his attorney,

_____
Keith A. Minoff (BBO # 551536)
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
P.O. Box 15609
Springfield, MA 01115
(413) 732-2301

41487582_1.DOC 000601-81010

Respectfully submitted,
**AETNA LIFE INSURANCE COMPANY**

By its attorneys,

*/s/ James H. Rotondo*
James H. Rotondo (BBO # 645651)
DAY, BERRY & HOWARD LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100

Dated: April 1, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this **1st** day of **April, 2004**, I served a true and correct copy of the foregoing via first class mail, postage prepaid, upon Plaintiff's counsel, Keith A. Minoff, Esq., Robinson Donovan, P.C., 1500 Main Street, Springfield, MA 01115.

*/s/ James H. Rotondo*
James H. Rotondo